IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. SCOTT, | No. C 06-1147 JSW (PR) |
| Petitioner, | **ORDER DENYING CERTIFICATE OF APPEALABILITY** |
| vs. | |
| T. FELKER, Warden, | |
| Respondent. | (Docket Nos. 34, 35, 36) |

Petitioner, a prisoner of the State of California, filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254.  The petition was denied on its merits.  Petitioner has filed a request for an extension of time to file a notice of appeal, a notice of appeal and a request for a certificate of appealability. Petitioner's motion for an extension of time is GRANTED (docket no. 34).

Upon the filing of a notice of appeal and a request for a COA, the district court shall indicate which specific issue or issues satisfy the standard for issuing a certificate, or state its reasons why a certificate should not be granted.  *See United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997).  (citing 28 U.S.C. § 2253(c)(3)).  A judge shall grant a COA "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  Petitioner has not shown that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong."  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).  Accordingly, Petitioner's request for a certificate of appealability is DENIED (docket no. 36).

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Clerk of Court shall forward this order, along with the case file, to the United States Court of Appeals for the Ninth Circuit.  Petitioner may also seek a certificate of appealability from that court.  *See Asrar,* 116 F.3d at 1270.

IT IS SO ORDERED.

DATED: May 26, 2009

JEFFREY S. WHITE
United States District Judge

1

2

UNITED STATES DISTRICT COURT

FOR THE

3

NORTHERN DISTRICT OF CALIFORNIA

4

5

6 | MICHAEL E SCOTT,

Case Number: CV06-01147 JSW

7 |         Plaintiff,

**CERTIFICATE OF SERVICE**

8 |   v.

9 | T FELKER et al,

10 |         Defendant.

11 | _____/

12

13

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

14

15

That on May 26, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

16

17

18

Michael E. Scott
K31521
S.V.S.P.
P.O. Box 1050
Soledad, CA 93960

19

20

21

Dated: May 26, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

22

23

24

25

26

27

28